MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Suite 3304
Honolulu, HI 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
Email: honolululawyer@outlook.com

CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
Email: honolululaw808@gmail.com

Attorneys for Plaintiff
Auberto Rodriguez Rivera

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AUBERTO RODRIGUEZ RIVERA, )<br><br>         Plaintiff,                    )<br>                                         )<br>   vs.                                  )<br>                                         )<br>DC ASPHALT SERVICES, INC.,   )<br>AND PROSERVICE PACIFIC,      )<br>LLC,                                  )<br>                                         )<br>         Defendants.                )<br>_____ ) | CIVIL NO. _____<br><br>COMPLAINT; JURY<br>DEMAND; SUMMONS |

COMPLAINT

COMES NOW, Plaintiff AUBERTO RODRIGUEZ RIVERA, by and through his attorneys Charles H. Brower and Michael P. Healy, and for causes of action against Defendants, alleges and avers as follows:

## NATURE OF CASE

1. Plaintiff AUBERTO RODRIGUEZ RIVERA (hereinafter "RODRIGUEZ RIVERA") was at all times mentioned herein a resident of Honolulu, Hawaii, and citizen of the State of Hawaii.

2. Defendant DC ASPHALT SERVICES, INC., (hereinafter "DC") is a domestic nonprofit corporation, organized in the State of Hawaii.

3. Defendant PROSERVICE PACIFIC, LLC, (hereinafter "PROSERVICE") is a foreign limited liability company, organized in the State of Delaware with a principal place of business in the State of Hawaii.

4. Plaintiff was hired by Defendant DC and PROSERVICE on August 11, 2019.

5. On July 6, 2023, Plaintiff was terminated from employment with Defendant DC and PROSERVICE for discriminatory reasons based on Plaintiff's disability and because Defendant DC and PROSERVICE were not satisfied with Plaintiff being only able to work light duty.

2

## JURISDICTION

6. The jurisdiction of this Court is pursuant to The Americans With Disability Act of 1990.

7. The administrative prerequisites for filing this cause of action have been fulfilled. A Notice of Dismissal was issued by the Equal Employment Opportunity Commission ("EEOC") on August 29, 2024, which allowed for the filing of this lawsuit.

## STATEMENT OF FACTS

8. Plaintiff was hired by Defendant DC and PROSERVICE on August 11, 2019.

9. Plaintiff was injured on July 1, 2021, while working for Defendant DC and PROSERVICE.

10. Plaintiff's injury was to his back.

11. Because of Plaintiff's back injury, Plaintiff could not lift over five (5) pounds per Plaintiff's treating physician's orders.

12. Plaintiff was allowed to return to work in a light duty job, however, Defendant DC and PROSERVICE were not satisfied with Plaintiff being only able to work light duty.

13. Plaintiff was terminated from employment with Defendants DC and PROSERVICE on July 6, 2023.

3

14. Plaintiff was able to do his light duty work satisfactorily.

15. If not for Plaintiff's disability, Plaintiff would not have been terminated from employment with Defendant DC and PROSERVICE.

## STATEMENT OF CLAIMS

## COUNT I - DISABILITY DISCRIMINATION

16. Plaintiff incorporates paragraphs 1 through 15 as though fully set forth herein.

17. The Americans With Disabilities Act of 1990, as amended prohibits discrimination due to a disability.

18. The aforesaid acts and/or conduct of Defendants constitute discrimination as they were acts and/or failure to act by Defendants and its employees in direct violation of the Americans With Disabilities Act of 1990, as amended.

19. Plaintiff has suffered, as a direct and proximate result of the aforesaid conduct, damages by way of loss of earnings and earning capacity, loss of fringe and pension benefits, and other benefits due him.

20. As a further direct and proximate result of said unlawful conduct, Plaintiff has suffered the indignity of harassment, the invasion of his right to be free from unlawful employment practices, and great humiliation, which is manifest in emotional distress.

4

21. As a further direct and proximate result of said unlawful employment practices, Plaintiff has suffered mental anguish, outrage, depression, severe anxiety about his future and his ability to support himself, harm to his employability and earning capacity as well as loss of a career advancement opportunity, painful embarrassment among his friends and co-workers, disruption of his personal life, and loss of enjoyment of the ordinary pleasures of everyday life for which he is entitled to an award of general damages.

22. The actions of Defendants and their employees as described above are oppressive, outrageous, and otherwise characterized by aggravating circumstances sufficient to justify the imposition of punitive damages.

WHEREFORE, upon a hearing hereof Plaintiff RODRIGUEZ RIVERA prays that judgment be entered on all Counts:

A. For reinstatement to Plaintiff's position with Defendant DC with full benefits;

B. For all damages to which Plaintiff is entitled, including general damages and other damages to be proven at trial; and

C. For special damages, including back pay, front pay and other expenses; and

D. For punitive damages; and

5

E.     For attorney's fees, costs, and interest, including prejudgment interest; and

F.     For such other and further relief as is appropriate.

The total amount of damages prayed for exceeds the minimum jurisdictional limits of this Court.

DATED:  Honolulu, Hawaii, November 27, 2024.

_/s/ Charles H. Brower_
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
Auberto Rodriguez Rivera

6